| | |
|---|---|
| 1 | Kevin S. Sinclair, Esq., Nevada Bar No. 12277 |
| | *ksinclair@earlysullivan.com* |
| 2 | Sophia S. Lau, Esq., Nevada Bar No. 13365 |
| | *slau@earlysullivan.com* |
| 3 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 4 | 8716 Spanish Ridge Avenue, Suite 105 |
| | Las Vegas, Nevada 89148 |
| 5 | Telephone: (702) 331-7593 |
| | Facsimile: (702) 331-1652 |

Attorneys for Defendant
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY erroneously sued as OLD REPUBLIC NATIONAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC NATIONAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01136-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust ("U.S. Bank") and defendant Old Republic National Title Insurance Company ("Old Republic"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, U.S. Bank filed its complaint in this matter on June 28, 2019 (ECF No. 1);

**WHEREAS**, U.S. Bank purported to serve the complaint upon Old Republic on October 9, 2019;

**WHEREAS**, Old Republic's response to the complaint is due October 30, 2019;

**WHEREAS**, U.S. Bank has agreed to extend Old Republic's time to respond to the complaint to November 13, 2019; and

**WHEREAS**, this is the first stipulation for an extension of Old Republic's time to respond to the complaint.



517835.2

1
**STIPULATION AND PROPOSED ORDER**

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Old Republic shall respond to the complaint on or before November 13, 2019.

2. Old Republic intends to preserve its right and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including by way of example only, and without limitation, with respect to whether it is subject to personal jurisdiction in this forum, and with respect to whether service of process of the complaint and summons were adequate.

Dated this 28th day of October 2019　　　EARLY SULLIVAN WRIGHT
　　　　　　　　　　　　　　　　　　　　　　GIZER & McRAE LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/--Kevin S. Sinclair*
　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Kevin S. Sinclair, Esq.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 12277
　　　　　　　　　　　　　　　　　　　　　Sophia S. Lau, Esq.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 13365
　　　　　　　　　　　　　　　　　　　　　8716 Spanish Ridge Avenue, Suite 105
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89148

　　　　　　　　　　　　　　　　　　　　　Attorneys for Old Republic National Title Insurance Company

Dated this 28th day of October 2019　　　WRIGHT, FINLAY & ZAK, LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/--Lindsay D. Robbins*
　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Matthew S. Carter, Esq.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 9524
　　　　　　　　　　　　　　　　　　　　　Lindsay D. Robbins, Esq.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 13474
　　　　　　　　　　　　　　　　　　　　　7785 W. Sahara Ave., Suite 200
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89117

　　　　　　　　　　　　　　　　　　　　　Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust

**ORDER**

**IT IS SO ORDERED:**

Dated: 10/29/19　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE



2
**STIPULATION AND PROPOSED ORDER**

517835.2