WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>            Plaintiff,<br><br>    vs.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 2:19-cv-01136-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF No. 10]**<br><br>**[First Request]** |

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust ("U.S. Bank"), and Defendant, Old Republic National Title Insurance Company ("Old Republic"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On November 13, 2019, Old Republic filed a Motion to Dismiss [ECF No. 10];

2. U.S. Bank's response to Old Republic's Motion is due November 27, 2019;

3. U.S. Bank's counsel is requesting an additional thirty (30) days to file its response to Old Republic's Motion, and thus requests up to December 27, 2019, to file its Opposition;

4. This extension is requested to allow Counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in Old Republic's Motion.

5. Counsel for Old Republic does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 22nd day of November, 2019. | DATED this 22nd day of November, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust* | */s/ Kevin S. Sinclair* _____ <br> Kevin S. Sinclair, Esq. <br> Nevada bar No. 12277 <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant, Old Republic National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated: November 22, 2019.

_____
UNITED STATES DISTRICT JUDGE