UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A.,<br><br>    Plaintiff<br><br>v.<br><br>OLD REPUBLIC NATIONAL INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:19-cv-01136-APG-BNW<br><br>**Order Denying Motions Without Prejudice**<br><br>[ECF Nos. 10, 11] |

In light of the parties' stipulation to stay this case (ECF No. 17),

I ORDER that defendant Old Republic National Insurance Company's motion to dismiss **(ECF No. 10)** and motion to stay **(ECF No. 11) are DENIED** without prejudice to renew once the stay is lifted.

DATED this 18th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE