WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.:  2:19-cv-01136-APG-BNW <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Matthew S. Carter, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP and therefore no longer needs to receive notice related to this case.  Wright Finlay & Zak, LLP will continue to represent Plaintiff and request that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 27ᵗʰ day of February, 2020.

WRIGHT, FINLAY & ZAK, LLP

**IT IS SO ORDERED**

**DATED: February 28, 2020**

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Page 1 of 2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th |
| 3 | day of February, 2020, a true and correct copy of this **NOTICE OF DISASSOCIATION AND** |
| 4 | **WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing |
| 5 | electronic system to the attorney(s) associated with this case as follows: |
| 6 | |
| 7 | EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Email: ksinclair@earlysullivan.com |
| 8 | |
| 9 | */s/ Faith Harris* |
| 10 | An Employee of WRIGHT, FINLAY & ZAK, LLP |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |