Scott E. Gizer, Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., <br><br> Plaintiffs, <br><br> vs. <br><br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:19-cv-01136-APG-BNW <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Defendant, Old Republic National Title Insurance Company, by and through its attorney of record of the law firm of Early Sullivan Wright Gizer & McRae LLP, hereby gives notice that Kevin S. Sinclair, Esq. is no longer an attorney associated with Early Sullivan Wright Gizer & McRae and therefore no longer needs to receive notice related to this case.

///
///
///
///
///
///



NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL

574064.1

Early Sullivan Wright Gizer & McRae LLP will continue to represent Old Republic National Title Insurance Company, and requests that Scott E. Gizer, Esq. and Sophia S. Lau, Esq. receive all future notices.

Dated: August 31, 2020         EARLY SULLIVAN WRIGHT
                                GIZER & McRAE LLP


                                By: /s/- Sophia S. Lau
                                    Attorneys for Defendant
                                    OLD REPUBLIC NATIONAL TITLE
                                    INSURANCE COMPANY


**ORDER**

IT IS SO ORDERED.

DATED: September 3, 2020

_____
U.S. MAGISTRATE JUDGE

**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL**

574064.1