WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, | Case No.: 2:19-cv-01136-CDS-BNW |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | |
| Defendant | |

Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust ("Plaintiff") and Defendant Old Republic National Title Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 25 $^{\text{tn}}$ day of February, 2023.        DATED this 25 $^{\text{tn}}$ day of February, 2023.

WRIGHT, FINLAY & ZAK, LLP              EARLY SULLIVAN WRIGHT
                                        GIZER & McRAE LLP

/s/ Lindsay D. Dragon, Esq.             /s/ Scott E. Gizer, Esq.

Lindsay D. Dragon, Esq.                 Scott E. Gizer, Esq.
Nevada Bar No. 13474                    Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200          8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                     Las Vegas, Nevada 89148
*Attorney for Plaintiff*                *Attorneys for Defendant*

**IT IS SO ORDERED.**

The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2023